## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-31738 |
| | ) | |
| CINDY L. WAGNER, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. GOLDGAR |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated April 11, 2019, docket #31.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on April 11, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

Cindy Wagner
3109 Gabriel Ave.
Zion, IL  60099

Credit Acceptance
25505 W. 12 Mile Rd., #3000
Southfield, MI  48034

Cavalry SPV
GE Capital/JC Penney
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

OneMain financial
P.O. Box 3251
Evansville, IN  47731

Peoples Gas
200 E. Randolph St.
Chicago, IL  60601

Armor Systems
1700 Kiefer Dr., Ste. 1
Zion, IL  60099

AmeriCash Loans
P.O. Box 1728
Des Plaines, IL  60017

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL  60523

Portfolio Recovery Assoc.
P. O. box 41067
Norfolk, VA 23541

Thomas and Thomas Medical
3915 Oglesby Ave.
Gurnee, IL 60031

Hobo Investments
Attn: Joseph Ryan
1896 Sheridan Rd., Ste. 280
Highland Park, IL 60035